**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01112-CR

**CURTIS DORELLE WEEMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-85972-2013**

## ORDER

The Court **ORDERS** court reporter Claudia Webb to file, within **FIFTEEN DAYS** of the

date of this order, a supplemental record containing State's exhibit nos. 1, a DVD, and 3, a CD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to

Claudia Webb, official court reporter, County Court at Law No. 4, and to counsel for all parties.

/s/     ADA BROWN
            JUSTICE